Decided September 20, 2001

## ANTHONY R. MARTIN *v.* JAMES BRADY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 433 (AC 20808), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that *Binette* v. *Sabo*, 244 Conn. 23, 710 A.2d 688 (1998), does not permit the plaintiff's tort action because (1) the defendants are protected by the doctrine of sovereign immunity and (2) the facts are not sufficiently egregious?"

The Supreme Court docket number is SC 16583.

*Norman A. Pattis*, in support of the petition.

*Robert F. Vacchelli*, assistant attorney general, in opposition.

Decided September 20, 2001